IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U.S. SPECIALTY INSURANCE COMPANY, Plaintiff and Counterclaim-Defendant | : : : : | No. 1:17-cv-00885 |
| v. | : : : | (Judge Kane) |
| TOM GORMAN, et al., Defendants and Counterclaim-Plaintiffs | : : : | |

## ORDER

**AND NOW**, on this 19th day of March 2019, upon consideration of the parties' motions for summary judgment (Doc. Nos. 21, 22), and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants and Counterclaim-Plaintiffs Jeffery P. Barnett and Thomas L. Cline's motion for summary judgment (Doc. No. 21), is **GRANTED**;

2. Plaintiff and Counterclaim-Defendant U.S. Specialty Insurance Company's motion for summary judgment is **DENIED** (Doc. No. 22);

3. The Clerk of Court is directed to enter judgment in favor of Defendants and Counterclaim-Plaintiffs Jeffery P. Barnett and Thomas L. Cline and against Plaintiff and Counterclaim-Defendant U.S. Specialty Insurance Company;

4. U.S. Specialty Insurance Company is obligated to provide coverage, consistent with the Memorandum issued concurrently with this order, pursuant to the Coverage A option under the insurance policy identified by policy number UA00163585-06 (Doc. No. 21-2), and issued to Tom Gorman, d/b/a Tipton Aircraft Services, in connection with the airplane crash that occurred at the Tipton Airport in Odenton, Maryland, on or about February 8, 2015; and

5. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania